UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 29 2004
UNITED STATES DISTRICT COURT
DOCKETED
NOV 0 1 2004

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 94 CR 104 |
| v. ) | |
| ) | Honorable John F. Grady |
| ROBERT RZEZNIK ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully represents that:

   Name: Marek Kozina
   Date of Birth: January 19, 1966
   Sex: Male
   Race: Polish (Naturalized U.S. Citizen)

has been and now is, in due form and process of law, detained in the following institution:

   Cook County Sheriff's Department of Corrections
   2700 South California Avenue
   Chicago, Illinois 60608
   Inmate No. #2004-0012467

Your petitioner further represents that said prisoner should appear as a witness in the above-entitled matter to testify on behalf of the Government, in the United States District Court for the Northern District of Illinois, Eastern Division, on November 15, 2004, at 9:30 a.m., in Courtroom 2201 before the Honorable John F. Grady, and requests that, to allow the government time to prepare said witness to testify in the above-captioned matter, such prisoner should be ordered to be brought into the custody of the United States Marshal Service at the Metropolitan Correctional Center on or before November 8, 2004, and shall remain in the custody of the United States Marshal Service for the duration of this proceeding.

80

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Testificandum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | COOK COUNTY SHERIFF<br>2700 South California Avenue<br>Chicago, Illinois |

commanding them to produce the body of said witness to the Metropolitan Correctional Center and before this Court on the aforesaid dates, and that when these proceedings have been so concluded, that he be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

TIMOTHY J. CHAPMAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1925