UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 94 CR 104-3 & 4 |
| | ) | |
| ARTHUR KOZINA and | ) | Formerly Judge John F. Grady |
| JACEK KAMIENIARCZYK | ) | |

MOTION TO DISMISS INDICTMENT PURSUANT TO
FEDERAL RULE OF CRIMINAL PROCEDURE 48

The UNITED STATES OF AMERICA, by and through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that the indictment returned against defendants ARTHUR KOZINA and JACEK KAMIENIARCZYK in the above-captioned case on May 12, 1994, be dismissed.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Timothy J. Chapman*_____
TIMOTHY J. CHAPMAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-1925